IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VALERIE CHAVEZ,

      Plaintiff,

v.                                                                                          No.  1:15-cv-00857 MV/GBW

GOVERNMENT EMPLOYEE INSURANCE
COMPANY,

      Defendant.

### STIPULATED ORDER ON JOINT MOTION TO DISMISS

**THIS MATTER** having come before the Court on the Parties' Joint Motion to Dismiss, and the Court being otherwise fully advised in the premises, **FINDS** the above captioned matter should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** this matter is dismissed with prejudice.

_____
MARTHA VAZQUEZ
United States District Judge

Respectfully submitted,

**CHAPMAN AND CHARLEBOIS, P.C.**

<u>/s/ Ada B. Priest</u>
Ada B. Priest
P.O .Box 92438
Albuquerque, NM  87199
505-242-6000
ada@cclawnm.com
*Attorney for GEICO*

Approved:


<u>Electronically approved 10/18/16</u>
Brian K. Branch
715 Marquette, NW
Albuquerque, New Mexico 87102
 (505) 764-9710


- And -

Rudolph B. Chavez
2014 Central Ave SW
Albuquerque, New Mexico 87104
(505) 242-5500
*Attorneys for the Plaintiff*